UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PA REALTY GROUP, LLC, in capacity as Successor Agent under those certain 12% Series A Senior Secured Convertible Promissory Notes, | : : : : : | Docket No. 3:16-cv-630 CM/ECF |
| Plaintiff, | : : | |
| v. | : : | |
| H. LEE HORNBECK, in capacity as Agent, | : : : | |
| Defendant. | : | April 21, 2016 |

## COMPLAINT

Plaintiff, PA Realty Group, LLC, Successor Agent under those certain 12% Series A Senior Secured Convertible Promissory Notes, ("Plaintiff"), by and through its attorneys, Gora LLC, as and for its Complaint, against H. Lee Hornbeck, Agent ("Defendant"), alleges as follows:

## NATURE OF THE ACTION

1.  This action seeks a declaration that Plaintiff is the duly appointed Successor Agent under those certain 12% Series A Senior Secured Convertible Promissory Notes, and that the Defendant was properly removed as Success Agent under those certain 12% Series A Senior Secured Convertible Promissory Notes.

## JURISDICTION

2.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## VENUE

3. The venue of this matter is appropriate in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district and the underlying agreements provide for venue in this district.

## PARTIES

4. Plaintiff is a limited liability company organized and existing under the laws of Connecticut. The member of the plaintiff is a citizen of the state of New York.

5. Defendant is an individual and a citizen of the state of North Carolina.

## BACKGROUND INFORMATION

6. An actual case and controversy of a justiciable nature exists between Plaintiff and Defendant involving the rights and obligations of those parties under those certain 12% Series A Senior Secured Convertible Promissory Notes (the "Notes"), and the controversy may be determined in this action.

7. All other identifiable persons or entities who have or claim any interest in the matters in controversy or who would be affected by the declarations made by this Court have been made a party to this action.

8. By affirmative vote of the Majority in Interest of the Holders of the Notes, the appointment of the Defendant as Agent of the Notes was properly revoked and the Plaintiff was appointed as Successor Agent.

9. Defendant has disputed the affirmative vote of the Majority in Interest of the Holders of the Notes and the appointment of the Plaintiff as Successor Agent.

10. Thus, an actual dispute and controversy exists with respect to the appointment of Plaintiff as Successor Agent by virtue of Defendant's disputing the affirmative vote of the Majority in Interest of the Holders of the Notes.

11. Accordingly, a judicial declaration pursuant to 28 U.S.C. § 2201 et seq. is necessary to determine the rights and obligations of the Plaintiff and the Defendant.

**WHEREFORE,** Plaintiff PA Realty Group, LLC, as Successor Agent under those certain 12% Series A Senior Secured Convertible Promissory Notes hereby demands judgment enter in its favor and against Defendant H. Lee Hornbeck, as Agent as follows:

1. A declaration that H. Lee Hornbeck, as Agent, was properly removed under those certain 12% Series A Senior Secured Convertible Promissory Notes;

2. A declaration that PA Realty Group, as Successor Agent, was properly appointed under those certain 12% Series A Senior Secured Convertible Promissory Notes; and

3. Such other and further relief as the Court deems just and proper.

Dated: April 21, 2016
Monroe, Connecticut

Respectfully submitted,

GORA LLC

By: /s/ Richard S. Gora
Richard S. Gora (ct27479)
Gora LLC
30 Quarter Horse Drive
Monroe, CT 06468
Tel.: 203-424-8021
Fax: 203-549-0410
Email: Rich@goralaw.com

*Attorneys for Plaintiff*